NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
BRIAN WHANG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6502

## UNITED STATES DISTRICT COURT
### District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-00314-APG-EJY-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| WILLIAM ADAMS | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Alicia Coughlin, U. S. Pretrial Services Officer. I have reviewed that Petition, and I concur in the recommended action requested of the court.

Dated this 12th day of June, 2020.

                                                                                                                  NICHOLAS A. TRUTANICH
                                                                                                                   United States Attorney

                                                                                                     By       /S/              .
                                                                                                        BRIAN WHANG
                                                                                                         Assistant U. S. Attorney

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. WILLIAM ADAMS                    Docket No 2:19-cr-00314-APG-EJY-1

Petition for Action on Conditions of Pretrial Release

      COMES NOW Alicia Coughlin, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant William Adams. The defendant initially appeared on December 10, 2019, before Your Honor and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Clark County, NV.
3. The defendant shall maintain current residence and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
4. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
5. Any firearms and/or dangerous weapons shall be removed from the defendant's possession within 24 hours of release from custody and the defendant shall provide written proof of such to Pretrial Services or the supervising officer.
6. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
7. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
8. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
9. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
10. The defendant must appear in court as directed and, if convicted, must surrender as directed to serve a sentence the court may impose.

On May 7, 2020, a violation report was submitted to address the defendant's noncompliance with conditions of release. Pretrial Services requested modification of the defendant's release conditions and Your Honor approved the addition of the following conditions:

11. The defendant shall participate in a program of inpatient or outpatient substance use therapy and counseling if Pretrial Services or the supervising officer considers it advisable

12. That the defendant shall pay all or part of the cost of the substance use treatment program or evaluation based upon her ability to pay as determined by Pretrial Services or the supervising officer.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. Mr. Adams failed to report to drug testing on May 18, 2020, May 31, 2020, June 4, 2020 and June 9, 2020.
2. Mr. Adams has repeatedly failed to provide documentation from his medical provider indicating whether he should be quarantined, or if he is cleared to normal activity. This has become a barrier to treatment referral and engagement.
3. Mr. Adams failed to report to a status hearing on June 1, 2020.

**PRAYING THAT THE COURT WILL ORDER THAT A SUMMONS BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 16th day of June, 2020 and ordered filed and made a part of the records in the above case.

_____
Honorable Brenda Weksler
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 12th day of June, 2020.

Respectfully Submitted,

EO Alicia Coughlin
_____
Alicia Coughlin
U.S. Pretrial Service Officer
Place: Las Vegas, Nevada