NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
brian.whang@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>WILLIAM ADAMS,<br><br>             Defendant. | Case No. 2:19-cr-00314-APG-EJY<br><br>**STIPULATION TO CONTINUE MOTION HEARING**<br><br>(*Second Request*) |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for defendant William Adams, that the Motion Hearing re: Motion to Suppress currently scheduled on July 2, 2020 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This stipulation is entered into for the following reasons:

1. A necessary witness is unavailable to testify on July 2, 2020.

2. Defendant is out of custody and does not object to the continuance.

3. The parties agree to the continuance.

1

    4.  This is the second request for a continuance of the motion hearing.

DATED this 22nd day of June, 2020.

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

| */s/ Brian Whang* | */s/ Kathryn Newman* |
|---|---|
| BRIAN WHANG<br>Assistant United States Attorney | KATHRYN NEWMAN<br>Counsel for Defendant William Adams |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WILLIAM ADAMS,

        Defendant.

Case No. 2:19-cr-00314-APG-EJY

**ORDER**

## ORDER

IT IS THEREFORE ORDERED that the motion hearing currently scheduled for July 2, 2020 at 9:30 a.m., be vacated and continued to September 16, 2020 at 9:30 a.m. in Courtroom 3C.

DATED this 22nd day of June, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**