RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for William R. Adams

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00314-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION HEARING** |
| v. | (Third Request) |
| WILLIAM R. ADAMS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for William R. Adams, that the Motion Hearing re: Motion to Suppress currently scheduled on September 16, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Adams is out of custody and out of contact with his Pretrial Services Officer. He is aware there is a warrant for his arrest and is planning to turn himself in. However, as of this filing has not done so.

2. An officer, who will testify at the hearing, is in COVID-19 protocol and isolation. As of this filing, he should not appear in person to testify.

3. The parties are resolving additional discovery requests that may be relevant to the issues before the court.

4. The parties agree to the continuance.

This is the third request for a continuance of the motion hearing.

DATED this 14th day of September, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM R. ADAMS,<br><br>    Defendant. | Case No. 2:19-cr-00314-APG-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the motion hearing re: motion to suppress currently scheduled for Wednesday, September 16, 2020 at 9:30 a.m., be vacated and continued to October 22, 2020 at the hour of 9:30 a.m., in Courtroom 3C.

DATED this 14th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE