RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for William R. Adams

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>WILLIAM R. ADAMS,<br><br>          Defendant. | Case No. 2:19-cr-00314-APG-EJY<br><br>**STIPULATION TO CONTINUE MOTION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for William R. Adams, that the Motion Hearing re: Motion to Suppress currently scheduled on October 22, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties have reached a tentative agreement and need the time to draft and file the proposed plea agreement. The time requested is to save judicial resources in light of the proposed resolution.

2. The parties agree to the continuance.

3. Mr. Adams is out of custody and agrees with the need for a continuance.

This is the fourth request for a continuance of the motion hearing.

DATED this 19th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM R. ADAMS,<br><br>　　　　Defendant. | Case No. 2:19-cr-00314-APG-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the motion hearing re: motion to suppress currently scheduled for Thursday, October 22, 2020 at 9:30 a.m., be vacated and continued to January 26, 2021 at the hour of 9:30 a.m., in Courtroom 3B.

　　　DATED this 20th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3