Dustin R. Marcello, Esq.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email: ozzie.fumolaw@gmail.com
Attorney for Defendant – WILLIAM ADAMS

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **WILLIAM ADAMS,** ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.: 2:19-CR-314-APG-EJY |

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between DUSTIN R. MARCELLO, ESQ., Counsel for Defendant WILLIAM ADAMS and BRIAN WHANG, Assistant United States Attorney, that the Sentencing Hearing currently scheduled for September 22, 2021, at 3:30 p.m., be vacated and reset or a date and time convenient to the court, but no earlier than 2 weeks.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA WHANG and he does not oppose to the continuance.

-1-

4. Defendant still has more questions and concerns regarding sentencing and the first available scheduled appointment to see Defendant is set for the same day as the hearing.

5. Defense Counsel needs additional time to go over issues that needs to be resolved prior to sentencing.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the second request for continuance filed herein.

DATED: September 20, 2021

/S/ Dustin R. Marcello, Esq.  
DUSTIN R. MARCELLO, ESQ.  
601 LAS VEGAS BOULEVARD, S  
LAS VEGAS, NEVADA 89101  
ATTORNEY FOR THE DEFENDANT  
WILLIAM ADAMS

/S/ Brian Whang, Esq.  
BRIAN WHANG, ESQ.  
ASSISTANT UNITED STATES ATTORNEY  
501 LAS VEGAS BOULEVARD SOUTH. #1100  
LAS VEGAS, NEVADA 89101  
ATTORNEY FOR UNITED STATES OF AMERICA

Dustin R. Marcello, Esq.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email: ozzie.fumolaw@gmail.com
Attorney for Defendant – WILLIAM ADAMS

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **WILLIAM ADAMS,** ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.: 2:19-CR-314-APG-EJY |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA WHANG and he does not oppose to the continuance.

4. Defendant still has more questions and concerns regarding sentencing and the first available scheduled appointment to see Defendant is set for the same day as the hearing.
5. Defense Counsel needs additional time to go over issues that needs to be resolved prior to sentencing.
6. Denial of this request for continuance could result in a miscarriage justice.
7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the second request for continuance filed herein.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for September 22, 2021, at 3:30 p.m., be continued to the __26th__ day of __October__, **2021** at __3:30 p.m.__, in courtroom **6C.**

DATED this __20th__ day of __September__, 2021.

_____
U.S. DISTRICT JUDGE